922

## UNITED STATES v. UNITED CHINA & GLASS CO.

No. 4562.—Invoice dated Nagoya, Japan, October 27, 1938.
Certified October 28, 1938.
Entered at New Orleans, La., December 15, 1938.
Entry No. 272.

(Decided April 28, 1939)

*Webster J. Oliver*, Assistant Attorney General (*Charles J. Miville*, special attorney), for the plaintiff.
*Philip Stein* for the defendant.

TILSON, Judge: When this appeal was called for hearing counsel for the importer agreed in open court that the correct export value of the merchandise herein is 1.15 yen per set, packed. Accepting this stipulation as a statement of fact, I find and hold the proper dutiable export value of the merchandise covered by this appeal to be 1.15 yen per set, packed. Judgment will be rendered accordingly.